IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 7 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. **05 - CV - 02342**
(To be supplied by the court)

NIDAL A. AYYAD , Plaintiff,

v.

ALBERTO GONZALES, U.S. Attorney General

John Doe, FBI Agents

R. Wiley, Michael Nalley, Harrel Watts. , Defendant(s).

## PRISONER'S MOTION AND AFFIDAVIT
## FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is:

   a Civil Complaint for the violation of the plaintiff's Constitutional Rights.

(Rev. 4/15/02)

4. My assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

My prison trust fund account is $497.14 from gifts from family members.

5. Are you in imminent danger of serious physical injury?

___ Yes  ✓ No  (CHECK ONE). If you answered yes, briefly explain your answer:


## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  Nov. 2nd, 2005
                    (Date)

_____
(Prisoner's Original Signature)

### Required Certification

You must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this action. You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official of each penal institution at which you are or were confined during the six-month period.

(Rev. 4/15/02)                                          2

Case 1:05-cv-02342-WYD-MJW   Document 1   Filed 11/18/05   USDC Colorado   Page 3 of 4

InmateStatementCombined

Page 1 of 2

# Inmate Statement

| | |
|---|---|
| Inmate Reg #: | 16917050 |
| Inmate Name: | AYYAD, NIDAL |
| Report Date: | 11/01/2005 |
| Report Time: | 10:09:39 AM |
| Current Institution: | Florence ADX |
| Housing Unit: | H |
| Living Quarters: | H04-206L |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLM | 11/1/2005 8:13:09 AM | 14 | | | Sales | ($8.20) | | $497.14 |
| FLM | 10/25/2005 9:52:11 AM | 9 | | | Sales | ($27.55) | | $505.34 |
| FLM | 10/18/2005 9:14:31 AM | 32 | | | Sales | ($33.85) | | $532.89 |
| FLM | 10/11/2005 10:19:43 AM | 9 | | | Sales | ($27.95) | | $566.74 |
| FLM | 10/11/2005 8:23:56 AM | 5JV00236 | | | Payroll - IPP | $26.04 | | $594.69 |
| FLM | 10/8/2005 5:01:28 AM | 70142901 | | | Lockbox - CD | $200.00 | | $568.65 |
| FLM | 10/4/2005 9:10:37 AM | 11 | | | Sales | ($35.60) | | $368.65 |
| FLM | 9/27/2005 11:24:56 AM | ITS0927 | | | ITS Withdrawal | ($15.00) | | $404.25 |
| FLM | 9/27/2005 10:35:54 AM | 23 | | | Sales | ($31.35) | | $419.25 |
| FLM | 9/20/2005 5:02:02 AM | 70141501 | | | Lockbox - CD | $150.00 | | $450.60 |
| FLM | 9/13/2005 9:17:23 AM | 19 | | | Sales | ($8.80) | | $300.60 |
| FLM | 9/9/2005 8:30:37 AM | 5JV00211 | | | Payroll - IPP | $26.04 | | $309.40 |
| FLM | 9/6/2005 11:08:52 AM | 71 | | | Sales | ($18.20) | | $283.36 |
| FLM | 8/30/2005 8:45:43 AM | 5 | | | Sales | ($23.40) | | $301.56 |
| FLM | 8/23/2005 8:56:07 AM | 7 | | | Sales | ($31.80) | | $324.96 |
| FLM | 8/17/2005 10:59:09 AM | 15 | | | Sales | $5.00 | | $356.76 |
| FLM | 8/16/2005 10:46:47 AM | 18 | | | Sales | ($44.80) | | $351.76 |
| FLM | 8/15/2005 11:22:34 AM | ITS0815 | | | ITS Withdrawal | ($15.00) | | $396.56 |
| FLM | 8/10/2005 12:36:42 PM | 5JV00192 | | | Payroll - IPP | $25.20 | | $411.56 |
| FLM | 8/9/2005 11:26:09 AM | 37 | | | Sales | $14.30 | | $386.36 |
| FLM | 8/9/2005 8:22:56 AM | 4 | | | Sales | ($35.25) | | $372.06 |
| FLM | 8/2/2005 12:01:31 PM | 27 | | | Sales | ($16.40) | | $407.31 |
| FLM | 8/2/2005 10:13:39 AM | 6 | | | Sales | ($27.80) | | $423.71 |
| FLM | 7/26/2005 8:24:40 AM | 9 | | | Sales | ($26.80) | | $451.51 |
| FLM | 7/19/2005 8:29:33 AM | 4 | | | Sales | ($39.45) | | $478.31 |
| FLM | 7/12/2005 10:05:25 AM | 4 | | | Sales | ($32.25) | | $517.76 |
| FLM | 7/5/2005 8:41:50 AM | 16 | | | Sales | ($29.80) | | $550.01 |
| FLM | 6/28/2005 10:18:43 AM | 13 | | | Sales | ($57.30) | | $579.81 |
| FLM | 6/21/2005 5:03:59 AM | 70135201 | | | Lockbox - CD | $300.00 | | $637.11 |
| FLM | 6/14/2005 8:23:41 AM | 10 | | | Sales | ($44.55) | | $337.11 |
| FLM | 6/7/2005 9:06:09 AM | 9 | | | Sales | ($32.90) | | $381.66 |
| FLM | 5/31/2005 8:32:44 AM | 6 | | | Sales | ($67.75) | | $414.56 |
| FLM | 5/31/2005 8:25:19 AM | 1 | | | Sales | $0.00 | | $482.31 |
| FLM | 5/24/2005 8:41:56 AM | 5 | | | Sales | ($12.35) | | $482.31 |
| FLM | 5/17/2005 8:44:40 AM | 4 | | | Sales | ($12.55) | | $494.66 |
| FLM | 5/12/2005 5:03:33 AM | 70132501 | | | Lockbox - CD | $0.85 | | $507.21 |
| FLM | 5/10/2005 | 9 | | | Sales | ($1.70) | | $506.36 |

http://140.1.82.16/umr/InmateStatementCombined.aspx                              11/1/2005

| Alpha Code | Date | Reference | Type | Amount | Balance |
|---|---|---|---|---|---|
| | 8:17:53 AM | | | | |
| FLM | 5/3/2005 | 8 | Sales | ($6.40) | $508.06 |
| | 8:00:31 AM | | | | |
| FLM | 4/26/2005 | 12 | Sales | ($12.35) | $514.46 |
| | 8:47:12 AM | | | | |
| FLM | 4/19/2005 | 4 | Sales | ($12.50) | $526.81 |
| | 8:29:50 AM | | | | |
| FLM | 4/19/2005 | 70130801 | Lockbox - CD | $200.00 | $539.31 |
| | 5:03:15 AM | | | | |
| FLM | 4/12/2005 | 8 | Sales | ($2.10) | $339.31 |
| | 8:27:21 AM | | | | |
| FLM | 4/11/2005 | 5JV00115 | Payroll - IPP | $17.64 | $341.41 |
| | 8:56:31 AM | | | | |
| FLM | 4/5/2005 | 2 | Sales | ($9.30) | $323.77 |
| | 8:14:30 AM | | | | |
| FLM | 3/29/2005 | 6 | Sales | ($7.50) | $333.07 |
| | 9:03:47 AM | | | | |
| FLM | 3/15/2005 | 49 | Sales | ($26.25) | $340.57 |
| | 10:10:21 AM | | | | |
| FLM | 3/10/2005 | 5JV00093 | Payroll - IPP | $26.04 | $366.82 |
| | 7:33:15 AM | | | | |
| FLM | 3/8/2005 | 20 | Sales | ($25.95) | $340.78 |
| | 9:56:16 AM | | | | |
| FLM | 3/1/2005 | 35 | Sales | ($15.20) | $366.73 |
| | 8:33:19 AM | | | | |
| FLM | 2/22/2005 | 10 | Sales | ($10.20) | $381.93 |
| | 8:46:23 AM | | | | |

1 2

**Total Transactions: 55**

Totals:   $56.95   $0.00

---

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FLM | $497.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $497.14 |
| Totals: | $497.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $497.14 |

