PLAINTIFF's DECLARATION/AFFIDAVIT IN SUPPORT OF Civil Complaint.

**05-CV-02342**

① I am, Nidal A. Ayyad, an American Citizen, and all of my immediate family are American Citizens (parents, siblings, son, and Ex-wife) most of whom live in the United States.

② Prior to the Special Administrative Measures ("SAM") (3/18/05) imposed on me, I had a regular correspondence with my immediate family, relatives, and few female friends (non-prisoners). My correspondence was continuous and consistent throughout my (12) years incarceration.

③ Prior to the "SAM" (3/18/05), I had an ongoing active subscription to the following publication, which I receive since 2002 at the ADX Facility, the publications are:
- ALQuds ALArabi (Daily Arabic Newspaper, London, United Kingdom)
- The Gaurdain Weekly (Weekly English Newspaper, London, U.K.)
- AL-ALAM AL-Islami (Weekly Arabic religious paper, Makkah, Arabia)
- MEN'S HEALTH Magazine (monthly English Magazine, USA)

④ After the "SAM" above publication were not to be delivered to me "Rejected by staff".

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 7 2005

GREGORY C. LANGHAM
CLERK

Page 1 of 3

Plaintiff's Declaration (11/3/05)

(5) Due to the "SAM", I requested through the ADX that the F.B.I. allow me to purchase some subscription to major newspaper and magazines in the United States and abroad. All request were denied.

(6) The ADX staff provide me with the USA-Today paper, one month late/delayed issue with several pages removed (i.e. editorial, classified, ads, etc.)

(7) Prior to the "SAM" (3/18/05) the delivery of my incoming/out going mail used to take 2-5 weeks whether its written in English or non-English thats after translation. Now, my correspondence with my immediate family in Arabic takes more than (3) three months to sent out or delivered to me. The English mail takes one to two months.

(8) Due to this excessive mail delay, it means I need six months to exchange a letter with my mother, it already happened. I'm cut off from my immediate family, our relation has suffered great harm.

(9) I'm not allowed at all to correspond with my NON-Prisoner relatives and friends (No correspondence with nephews, nieces, uncles, grandparents, etc.)

page 2 of 3

Plaintiff's Declaration

(10) During my (12) years in Federal Prisons, I regularly corresponded with family and friends, regularly received visits from family and friends, and telephone called family and friends. Never abused my privileges or rights to commit any unlawful acts.

(11) Since the "SAM" imposed, I suffered sever depression. Stopped eating for (75) days, was force fed through the nose, received anti-depressant medications.

(12) Due to "SAM" and re-classifications, I must remain in the Visiting Booth with full restraints (Black Box, chains, cuffs, and leg irons), however in 2003 and 2004 I was free of all restraints in the same Booth, I did not commit any acts to violate visit regulation since then.

(10) I receive no counseling from any Islamic representative whatsoever since the "SAM" imposed. Nor I'm allowed to read Arabic material (Islamic) from the Chaplain library.

DECLARATION UNDER PENALTY OF PERJURY

I declare under the penalty of perjury that the information in this affidavit is true and correct. See 28 USC 1746; 18 USC 1621

Executed on: Nov. 2nd, 2005

NIDAL A. AYYAD

Page 3 of 3