IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02342-WYD-MJW

NIDAL A. AYYAD,

    Plaintiff,

v.

ALBERTO GONZALES, (U.S. Attorney General),
JOHN DOES, FBI Agents,
R. WILEY, ADX Warden,
MICHAEL K. NALLEY, Regional Director, and
HARREL WATTS, Administrator, National Inmate Appeal,

    Defendants.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 2 8 2006

GREGORY C. LANGHAM
                 CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: 2/27/06

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02342-WYD-MJW

Nidal A. Ayyad
Reg. No. 16917-050
ADX – Florence
PO Box 8500
Florence, CO 81226

United States Attorney General - CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

R. Wiley – WAIVER*
c/o Christopher B. Synsvoll
Attorney Advisor
PO Box 8500
Florence, CO 81226

Michael K. Nalley, Regional Director – CERTIFIED
Bureau of Prisons
400 State Ave.
Tower II, 8th Floor
Kansas City, KS 66101-2492

Harrell Watts, Administrator – CERTIFIED
National Inmate Appeal
Federal Bureau of Prisons - Central Office
320 First Street, NW
Washington, DC 20534

United States Attorney
District of Colorado
HAND DELIVERED

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Christopher B. Synsvoll for process of service on R. Wiley, and to United States Attorney General, Michael K. Nalley, Harrell Watts via certified mail: AMENDED COMPLAINT FILED 2/8/06, SUMMONS, WAIVER*, AND CONSENT FORM on 4/28/06.

                                  GREGORY C. LANGHAM, CLERK

                                By: _____
                                       Deputy Clerk