IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02342-WYD-MJW

NIDAL A. AYYAD,

Plaintiff,

v.

ALBERTO GONZALES, U.S. Attorney General, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    Based upon the plaintiff's "Response to Defendant's [sic] 'Motion for a More Definite Statement' (Doc. #36) filed on May 1st, 2006," it is hereby ORDERED that the defendants' Motion for A More Definite Statement, which was filed on May 1, 2006 (Docket No. 36), is denied as moot.

Date: May 22, 2006