IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02342-WYD-MJW

NIDAL A. AYYAD,

Plaintiff,

v.

ALBERTO GONZALES, U.S. Attorney General, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the plaintiff's Motion for Leave to Supplement the Prisoner Amended Complaint, which was filed on April 19, 2006 (Docket No. 28), and the plaintiff's Motion for Leave to Amend/Add Additional Defendants to Amended Prisoner Complaint, which was filed on May 22, 2006 (Docket No. 42), are granted. Plaintiff shall forthwith file a Second Amended Complaint which includes all of his claims in his First Amended Complaint (Docket No. 14) and incorporates the amendments and supplements addressed in these two motions. Plaintiff shall mail a copy of that Second Amended Complaint to defense counsel.

Date: June 13, 2006