IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02342-WYD-MJW

NIDAL A. AYYAD,

Plaintiff,

v.

ALBERTO GONZALES, U.S. Attorney General, et al.,

Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 8 2006

GREGORY C. LANGHAM
CLERK

---

## ORDER DIRECTING SERVICE UPON
## DEFENDANTS HARLEY LAPPIN AND THE FEDERAL BUREAU OF PRISONS

---

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

With leave of court, the pro se plaintiff has filed a Second Amended Complaint in which, among other things, he adds two defendants, Harley G. Lappin, the Director of The Federal Bureau of Prisons, 320 First St. NW, Washington, DC 20534, and The Federal Bureau of Prisons, 320 First St. NW, Washington, DC 20534. It is thus hereby

**ORDERED** that if appropriate, the Clerk shall attempt to obtain a waiver of service from defendants Harley G. Lappin and The Federal Bureau of Prisons. If unable to do so, the United States Marshal shall serve a copy of the Second Amended Complaint and summons upon defendants Harley G. Lappin and The Federal Bureau of Prisons. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is further

**ORDERED** that defendants Harley G. Lappin and The Federal Bureau of Prisons

2

shall respond to the Second Amended Complaint as provided for in the Federal Rules of Civil Procedure after service of process.

Date:            , 2006
    Denver, Colorado

s/ Michael J. Watanabe
Michael J. Watanabe
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-02342-WYD-MJW

Nidal A. Ayyad
Reg. No. 16917-050
ADX – Florence
PO Box 8500
Florence, CO 81226

Federal Bureau of Prisons – CERTIFIED
c/o Harley G. Lappin, Director
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C.  20534

Harley G. Lappin, Director- CERTIFIED
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C.  20534

William George Pharo
Assistant US Attorney
United States Attorney's Office
District of Colorado
DELIVERED ELECTRONICALLY

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Harley G. Lappin and the Bureau of Prisons via certified mail: SECOND AMENDED COMPLAINT FILED 6/27/06, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 6/28/06    .

                                            GREGORY C. LANGHAM, CLERK

                                            By: _____
                                                        Deputy Clerk