EXHIBIT "A-2"

1st Page from Defendants' Motion to Dismiss.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02342-WYD-MJW

NIDAL A. AYYAD,

    Plaintiff,

v.

ALBERTO GONZALES, U.S. Attorney General,
JOHN DOES, FBI Agents,
R. WILEY, ADX Warden,
MICHAEL K. NALLEY, Regional Director, and
HARREL WATTS, Administrator, National Inmate Appeal,
HARLEY G. LAPPIN, BOP Director, and
FEDERAL BUREAU OF PRISONS,

    Defendants.

---

## MOTION TO DISMISS FOR FAILURE TO EXHAUST

---

Defendants, in their official capacities, the Federal Bureau of Prisons, and R. Wiley, Michael K. Nalley, Harrel Watts, and Harley G. Lappin, in their individual capacities,[1] pursuant to Fed. R. Civ. P. 12(b)(1), move to dismiss the Second Amended Complaint for failure to exhaust administrative remedies. In support of this motion, the Defendants state as follows:

---

[1] This response is not being filed on behalf of Alberto Gonzales in his individual capacity because he has not been personally served with a summons and complaint. Federal employees sued in their individual capacities must be personally served. *Despain v. Salt Lake Area Metro Gang Unit*, 13 F.3d 1436, 1438 (10th Cir. 1994).