IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02342-WYD-MJW

NIDAL A. AYYAD,

Plaintiff,

v.

ALBERTO GONZALES, U.S. Attorney General, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the plaintiff's Motion to Order Defendants and Their Counsel to Cooperate and Confer with Plaintiff Regarding Discovery Requests, which was filed on August 26, 2006 (Docket No. 62), is denied as premature for the reasons stated in the defendants' Response (Docket No. 65).

Date: September 18, 2006