IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02342-WYD-MJW

NIDAL A. AYYAD,

Plaintiff,

v.

ALBERTO GONZALES, U.S. Attorney General, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the plaintiff's pro se motions (1) to Order Defendants and Their Counsel to Confer and Cooperate to Initiate the Discovery Process (Docket No. 75) and (2) Motion to Order the Defendants, Mr. R. Wiley (ADX Warden) to Process the Plaintiff's Court Mail Promptly (Docket No. 74) are denied.  Plaintiff is now represented by counsel, and unless ordered to the contrary, any communications with and requests of the court from the plaintiff shall be through counsel.  Furthermore, with regard to the first motion, the court notes that a scheduling conference has been set in this matter for March 23, 2007, at 8:30 a.m., at which plaintiff's counsel will appear on behalf of the plaintiff.  With regard to the second motion, plaintiff's counsel will now receive service of papers rather than the plaintiff.  It is further

     ORDERED that the court shall manually serve a copy of this Minute Order upon the plaintiff as follows:

Nidal Ayyad
No. 16917-50,
USP-MAX
P.O. Box 8500
Florence, CO 81226

Date: March 2, 2007