IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02342-WYD-MJW

NIDAL A. AYYAD,

Plaintiff,

v.

ALBERTO GONZALES, U.S. Attorney General, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Incarcerated Plaintiff's Handwritten Motion to Order Defendants to Allow the Plaintiff Communications with his Counsel in this Action (docket no. 82) is DENIED WITHOUT PREJUDICE.  If the incarcerated Plaintiff seeks relief from this court, he shall move for such relief through his attorney of record Robert Jacob Barron.  Mr. Barron is to forthwith meet and confer with the incarcerated Plaintiff so that the proposed Rule 16 Scheduling can be filed with this court timely.

Date:  March 26, 2007