IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02342-WYD-MJW

NIDAL A. AYYAD,

Plaintiff,

v.

ALBERTO GONZALES, U.S. Attorney General, et al.,

Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's handwritten Motion to Request to Be Present During Scheduling Conference, Without any Objection to the Date for 23 April 2007 (Docket No. 89) is DENIED.  Plaintiff is represented by counsel who will appear on behalf of the plaintiff for the Rule 16 Scheduling Conference.  It is thus unnecessary to have plaintiff himself participate by telephone.  Furthermore, plaintiff is once again directed that if he seeks relief from this court, he shall move for such relief through his attorney of record.  The court will strike any further pro se motions.

Date: April 20, 2007