# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  05-cv-02342-WYD-MJW			FTR

**Date:**  October 1, 2007					Shelley Moore, Deputy Clerk

NIDAL A. AYYAD,

                Plaintiff(s),

v.

ALBERTO GONZALES,					William G. Pharo

                Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**STATUS CONFERENCE**

**Court in Session 3:02 p.m.**

Court calls case.  Appearances of Plaintiff and Defendant's counsel.  Plaintiff's attorney, Robert Barron, does not appear.  Dan Manville, Amber Trzinski, and Steve Baum, representatives from the University of Denver are present.

Mr. Manville states that Mr. Barron told him that he would be withdrawing as counsel for Plaintiff.  Plaintiff has agreed to allow the representatives from DU to represent him.

**ORDERED:**  Plaintiff's Motion to Remove Mr. Barron as Counsel for Plaintiff (document 96) is GRANTED.  Mr. Barron shall be removed from the noticing list.

**ORDERED:**  Plaintiff may file an appropriate motion to extend discovery deadlines by October 5, 2007.  Defendant shall file any response by October 12, 2007.

**ORDERED:**  Dan Manville, and students Amber Trzinski and Steve Baum shall forthwith electronically enter their appearances.

**Court in recess 3:12 p.m.**
Total In-Court Time 0:10, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.