IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02342-WYD-MJW

NIDAL A. AYYAD,

Plaintiff,

v.

ALBERTO GONZALES, U.S. Attorney General, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Plaintiff's Motion to Amend Scheduling Order (Docket No. 102) is granted in part as follows, finding good cause shown.

It is thus further **ORDERED** that the Scheduling Order is amended as follows:

Joinder of Parties/Amendment to Pleadings Deadline: January 28, 2008
Deadline for Interrogatories, Requests for Production of Documents, and
    Requests for Admissions: February 29, 2008
Disclosure of Experts Deadline: February 22, 2008
Disclosure of Rebuttal Experts Deadline: March 28, 2008
Fact Discovery Deadline: May 30, 2008
Dispositive Motions Deadline: June 27, 2008

There will be no change in the number of depositions permitted.  The parties shall submit a deposition schedule by January 28, 2008.

It is further **ORDERED** settlement conference is set for April 30, 2008, at 10:30 a.m.  Confidential settlement statements shall be submitted to the court on or before April 23, 2008.

It is further **ORDERED** that the final pretrial conference set for January 28, 2008, at 9:30 a.m. is vacated and reset to September 30, 2008, at 10:30 a.m.  A proposed Final Pretrial Order shall be submitted to the court on or before September 23, 2008.

Date: October 25, 2007