IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-02342-WYD-MJW

NIDAL A. AYYAD,

    Plaintiff,

v.

ALBERTO GONZALES, U.S. Attorney General, et al.,

    Defendants.

_____

**ORDER**
_____

THIS MATTER is before the Court on Plaintiff's Opposed Motion for Preliminary Injunction or Protective Order (filed December 3, 2007). Having reviewed the motion and being fully advised in the premises, it is

ORDERED that a hearing on Plaintiff's Opposed Motion for Preliminary Injunction or Protective Order is set for **Thursday, January 3, 2008** at **2:30 p.m.** at 901 19th Street, Courtroom A1002, Denver, Colorado. The hearing is set for one hour. It is

FURTHER ORDERED that Defendants shall file a response to Plaintiff's Opposed Motion for Preliminary Injunction or Protective Order by **Tuesday, December 18, 2007**. Plaintiff may, if he wishes, file a reply by **Friday, December 28, 2007**.

    Dated: December 5, 2007

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge