IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-02342-WYD-MJW

NIDAL A. AYYAD,

    Plaintiff,

v.

ALBERTO GONZALES, U.S. Attorney General, et al.,

    Defendants.

---

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION
REGARDING PLAINTIFF'S MOTION TO CONSOLIDATE**

---

THIS MATTER is before the Court on Plaintiff's Motion to Consolidate and Brief in Support (filed November 14, 2007). The matter was referred to Magistrate Judge Watanabe who issued a Recommendation on the Motion to Consolidate on December 10, 2007. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(A), FED. R. CIV. P. 72(a), D.C.COLO.LCivR. 72.1(C)(1). Magistrate Judge Watanabe recommends therein that the Motion to Consolidate be granted, and that Civil Action No. 05-cv-02653-REB-MEH, *Mahmud Abouhalima v. Gonzales, et al.*, be consolidated with this action. Recommendation at 1.

Since Defendants filed a timely Objection, I must review the Recommendation to determine whether it is "clearly erroneous or contrary to law" since the nature of the matter is nondispositive. FED. R. CIV. P. 72(a). "An order is clearly erroneous when the reviewing court on the entire evidence is left with the definite and firm conviction that a

mistake has been made." *Cook v. Rockwell Int'l Corp.*, 147 F.R.D. 237, 242 (D. Colo. 1993).

While the Government does not dispute in the Objections that the cases involve common questions of law and fact, the Government argues that consolidation is not proper as the cases are at completely different stages of litigation. Discovery has been completed in the *Abouhalima* case and it is set for trial on July 21, 2008. This case has a discovery deadline of May 30, 2008, and is not set for trial. Finally, the Government states that there is a motion to reopen discovery pending in the *Abouhalima* case and that the Court should hold the motion to consolidate in abeyance pending a ruling on that motion. If the motion to reopen discovery is granted, the Government will withdraw its opposition to the motion to consolidate.

Turning to the merits, I affirm and adopt the Recommendation. I first note that Plaintiff advised the Court on January 7, 2008, that the motion to reopen discovery in the *Abouhalima* case was granted by Magistrate Judge Hegarty on January 4, 2008. Thus, it appears that the objections filed by Defendants are now moot. Even if the objections are not moot, I find that consolidation is proper. The cases involve common questions of law and fact are in similar stages of litigation now that discovery has been reopened in the *Abouhalima* case.

Accordingly, it is

ORDERED that the Recommendation Regarding Plaintiff Nidal A. Ayyad's Motion to Consolidate and Brief in Support (Docket No. 108) is **AFFIRMED and ADOPTED**. In accordance therewith, it is

ORDERED that Plaintiff's Motion to Consolidate is **GRANTED**. Civil Action No. 05-cv-02653-REB-MEH, *Mahmud Abouhalima v. Gonzales, et al.*, shall be consolidated with this action. It is

FURTHER ORDERED that as of the date of this Order, all pleadings and other filings shall be filed in Civil Action No. 05-cv-02342. It is

FURTHER ORDERED that the Clerk of Court shall docket a copy of this Order in Civil Action No. 05-cv-02653-REB-MEH.

Dated: January 18, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge