IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02342-WYD-MJW

NIDAL A. AYYAD

       Plaintiff,

v.

MICHAEL MUKASEY, et al.,

       Defendants.

Civil Action No. 07-cv-01561-WYD-MJW

MOHAMMAD AMIN SALAMEH,

       Plaintiff,

v.

MICHAEL MUKASEY, et al.,

       Defendants.

## OBJECTION TO MAGISTRATE JUDGE'S RECOMMENDATION

Plaintiff Mohammad Amin Salameh respectfully objects to the Magistrate Judge's Recommendation Regarding Defendants' Opposed Motion to Consolidate (Ayyad docket no. 133). The Magistrate Judge made his recommendation based on the Defendants' Motion (Ayyad docket no. 120) and Plaintiff Ayyad's Response (Ayyad docket no. 126). Recommendation at 1. That recommendation was made without the benefit of Plaintiff Salameh's Response because

Plaintiff Salameh initially filed his Response to in <u>Salameh</u> (<u>Salameh</u> docket no. 18) pursuant to instructions of the Court's Civil Docket Clerk[*].

Consolidation is authorized under Federal Rule of Civil Procdure 42(a) when there are common questions of fact and law, but courts have held that the gains to efficiency and judicial economy should be balanced against the potential for confusion and prejudice.  *See, e.g.,* <u>Dupont v. Southern Pacific Co.</u>, 366 F.2d 193, 196 (5th Cir. 1966) (The court "should make sure that the rights of the parties are not prejudiced by the order of consolidation under the facts and circumstances of the particular case.").  Here, there is a very real potential for confusion and prejudice to Plaintiff—and that potential has been increased by the consolidation of Civil Action 05-cv-02653 <u>Mahmud Abouhalima v. Gonzales et al.</u> with <u>Ayyad</u>.  Therefore, Plaintiff respectfully asks the Court to consider Plaintiff's Response (<u>Ayyad</u> docket no. 141) and/or to hear oral argument on the potential costs and benefits of consolidation before ruling on the Magistrate Judge's recommendation that Defendants' motion for consolidation be granted.

DATED this 23rd day of January 2008.

Respectfully Submitted,

*s/ Joyce Ellen Rosendahl*

Joyce Ellen Rosendahl
P.O. Box 15966, Newport Beach, CA  92659
Phone: 949-922-9462 / Fax: 949-480-0062
joycerosendahl@rosendahl-law.com
Attorney for Plaintiff Mohammad A. Salameh

---

[*] Initially, Plaintiff could not file his Response in <u>Ayyad</u> because Plaintiff was not a party to <u>Ayyad</u> in the Electronic Case Filing (ECF) system.  Plaintiff contacted the ECF Help Desk for assistance and was referred to the Court's Civil Docket Clerk. The Docket Clerk instructed Plaintiff to file his Response in <u>Salameh</u>, with a cross-reference to the appropriate motion in <u>Ayyad.</u>  Plaintiff was subsequently notified that his Response was filed in the wrong case (<u>Salameh</u> docket no. 19).  Plaintiff requested further instructions and assistance from the Docket Clerk.  The Docket Clerk then entered Plaintiff as an "Interested Party" in <u>Ayyad</u> so that Plaintiff could refile his Response in <u>Ayyad</u> (docket no. 141).

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on this 23rd day of January, 2008, I electronically filed the foregoing OBJECTION TO MAGISTRATE JUDGE'S RECOMMENDATION with the Clerk of the United States District Court for the District of Colorado using the CM/ECF system which will send notification of such filing to the following:

    william.pharo@usdoj.gov

    dmanville@law.du.edu

    lrovner@law.du.edu

    rraghunath@law.du.edu

    *s/ Joyce Ellen Rosendahl*
Joyce Ellen Rosendahl
Law Offices of Joyce Ellen Rosendahl
P.O. Box 15966
Newport Beach, CA  92659
Phone: 949-922-9462
Fax: 949-480-0062
joycerosendahl@rosendahl-law.com