IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02342-WYD-MJW
    (Consolidated with 05-cv-02653)

NIDAL A. AYYAD,

    Plaintiff,

v.

ALBERTO GONZALES, U.S. Attorney General, et al.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendants' Unopposed Motion for Protective Order Regarding Written Discovery (filed January 15, 2008) is **GRANTED**. The Protective Order proposed by the parties shall be filed today by the Court.

    Dated: January 28, 2008