IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-02342-WYD-MJW

NIDAL A. AYYAD,

    Plaintiff,

v.

MICHAEL MUKASEY, U.S. Attorney General,
JOHN DOES, FBI Agents,
R. WILEY, ADX Warden,
MICHAEL K. NALLEY, Regional Director, and
HARREL WATTS, Administrator, National Inmate Appeal,
HARLEY G. LAPPIN, BOP Director, and
FEDERAL BUREAU OF PRISONS,

    Defendants.

## PROTECTIVE ORDER

Plaintiff's First Request for Production of Documents to Defendant Federal Bureau of Prisons, and Plaintiff's First Request for Production of Documents to Defendant Wiley request, pursuant to Fed. R. Civ. P. 34, that the Federal Bureau of Prisons and Warden Wiley produce letters and publications that Plaintiff was not permitted to receive or send because of the imposition of the Special Administrative Measures.

Defendants request that the Court issue a Protective Order limiting the use of all disclosed documents to this litigation, and precluding Plaintiff and his attorneys from disclosing the information to anyone not involved in this litigation. Defendants further request that the Protective Order preclude Plaintiff's attorneys from disclosing letters

and publications to Plaintiff that were rejected pursuant to the Special Administrative Measures, without further order of this Court, or the agreement of Defendants' counsel. Plaintiff does not object to the entry of a Protective Order, and I issued a Minute Order granting Defendants' Unopposed Motion for Protective Order Regarding Written Discovery (filed January 15, 2008). I find that good cause has been shown for the granting of this Protective Order.

Accordingly, it is hereby

ORDERED that Plaintiff and Plaintiff's attorneys shall not disclose documents provided by Defendants in response to discovery requests, or the information contained therein, to anyone except persons assisting Plaintiff's attorneys in this litigation. Plaintiff's attorneys shall require all persons having access to any disclosed records to sign a document indicating that they have read and agree to be bound by the terms of this Protective Order, and that they shall not make further disclosure of the records or information contained therein. Plaintiff's attorneys and all other persons provided access to the records shall not use the records or the information contained therein, for any purpose other than this pending litigation. It is further

ORDERED that Plaintiff's attorneys will not disclose letters and publications to Plaintiff that were rejected pursuant to the Special Administrative Measures without further order of the Court, or the agreement of Defendants' counsel. These documents shall be stamped "Confidential." It is further

ORDERED that at the conclusion of this litigation, all copies of documents provided by Defendants shall be returned to the U.S. Attorney.

Dated: January 28, 2008

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge