IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02342-WYD-MJW
 (As consolidated with 05-cv-02653-WYD-MJW)

NIDAL A. AYYAD, et al.,

Plaintiff,

v.

ALBERTO GONZALES, U.S. Attorney General, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

     It is hereby ORDERED that the Partial Unopposed Plaintiffs' Motion to Modify Scheduling Orders and Brief in Support, DN 149, filed with the Court on January 29, 2008, is GRANTED and all discoveries shall be completed by May 30, 2008.

Date: January 30, 2008