IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02342-WYD-MJW
    (Consolidated with 05-cv-02653)

NIDAL A. AYYAD,

    Plaintiff,

v.

ALBERTO GONZALES, U.S. Attorney General, et al.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendants' Motion for Emergency Stay of Order Granting Ayyad's Motion for Preliminary Injunction Pending Reconsideration and Pending Appeal (filed January 29, 2008) is **GRANTED IN PART AND DEFERRED IN PART**. Specifically, I grant the request to stay the Order Granting Ayyad's Motion for Preliminary Injunction pending a ruling on Defendants' Motion for Reconsideration. The remainder of the motion is deferred.

    Dated: March 5, 2008