IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-02342-WYD-MJW

NIDAL A. AYYAD,

    Plaintiff,

v.

MICHAEL MUKASEY, et al.,

    Defendants.

---

Civil Action No. 05-CV-02653-WYD-MJW

MAHMUD ABOUHALIMA,

    Plaintiff,

-v-

MICHAEL MUKASEY, et al.,

    Defendants.

---

ORDER (Docket No. 190)

---

THIS MATTER has come before the Court on Plaintiffs' Status Report and Unopposed Motion for Stay of All Deadlines Pending Entry of Appearance of Substitute Counsel.

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED. All deadlines in this case are stayed for three months.

Further Ordered that the parties shall submit a written status report by November 21, 2008.

1

DATED this 21 st day of August 200 8

BY THE COURT:

~~Wiley Y. Daniel~~
~~United States District Judge~~

*signature*

Michael J. Watanabe
United States Magistrate Judge