IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02342-WYD-MJW
 (As consolidated with 05-cv-02653-WYD-MJW)

NIDAL A. AYYAD, et al.,

Plaintiff,

v.

MICHAEL MUKASEY, U.S. Attorney General, et al.,

Defendants.

**MINUTE ORDER**

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiffs' Unopposed Motion for Leave to File Third Amended and Consolidated Complaint (Docket No. 213) is granted, and the tendered Third Amended and Consolidated Complaint (Docket No. 213-2) is accepted for filing as of the date of this Minute Order.

Date:  April 16, 2009