IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02342-WYD-MJW
 (As consolidated with 05-cv-02653-WYD-MJW)

NIDAL A. AYYAD, et al.,

Plaintiff,

v.

MICHAEL MUKASEY, U.S. Attorney General, et al.,

Defendants.

**MINUTE ORDER**

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendants' Unopposed Motion for Entry of Second Protective Order (docket no. 222) is GRANTED finding good cause shown. The written Second Protective Order (docket no. 222-2) is APPROVED as amended in paragraph 10 and made an Order of Court.

Date:   June 23, 2009