IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02342-WYD-MJW
 (As consolidated with 05-cv-02653-WYD-MJW)

NIDAL A. AYYAD, et al.,

Plaintiff,

v.

MICHAEL MUKASEY, U.S. Attorney General, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the *Joint Motion to Withdraw, Without Prejudice, Joint Motion to Compel Production of Presentence Investigation Reports (DOC. 237)*, Docket Number 240, filed with the Court on June 24, 2010, is GRANTED and Docket Number 237, Joint Motion to Compel Production of Presentence Investigation Reports shall be deemed WITHDRAWN by the court.

    It is FURTHER ORDERED that the Motion Hearing set on June 30, 2010, at 8:30 a.m., is VACATED.

Date:  June 25, 2010