IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02342-WYD-MJW
 (As consolidated with 05-cv-02653-WYD-MJW)

NIDAL A. AYYAD, et al.,

Plaintiff,

v.

MICHAEL MUKASEY, U.S. Attorney General, et al.,

Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed Motion to Depose Plaintiffs, DN 246, filed with the Court on September 16, 2010, is GRANTED.  Defendants shall be permitted to take the depositions of Plaintiffs on September 28, 2010, and September 29, 2010.

Date:   September 17, 2010