IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02342-WYD-MJW
 (as consolidated with Civil Action No.  05-cv-02653-WYD-MJW)

NIDAL A. AYYAD,

    Plaintiff,

v.

ERIC H. HOLDER, JR., Attorney General of the United States;
HARLEY LAPPIN, Director of the Federal Bureau of Prisons;
MICHAEL NALLEY, Regional Director, North Central Region;
RON WILEY, Warden, United States Penitentiary - Administrative Maximum; and
JOHN DOES 1 THROUGH 5,
sued in their official capacities,

    Defendants.

---

## **AMENDED ORDER OF REFERENCE TO MAGISTRATE JUDGE**

---

Pursuant to 28 U.S.C. § 636(b)(1)(A) through (C), Fed.R.Civ.P. 72(a) and (b), and D.C.COLO.LCivR 72.1C, United States Magistrate Judge Michael J. Watanabe is designated to conduct proceedings in this civil action as follows:

(X)    Convene a scheduling conference under Fed.R.Civ.P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

(X)    Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

(X)    Convene such settlement conferences and directly related procedures as may facilitate resolution of this case.

(X)   Hear and determine pretrial matters, including discovery and other non-dispositive motions.

( )   Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions.

(X)   Conduct a pretrial conference and enter a pretrial order.

IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.  It is further

ORDERED that parties and counsel shall be familiar and comply with the above judge's requirements found at www.cod.uscourts.gov.

Dated this 18th day of March, 2011.

> BY THE COURT:
>
> s/ Wiley Y. Daniel
> WILEY Y. DANIEL,
> CHIEF UNITED STATES DISTRICT JUDGE