IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02342-WYD-MJW
  (As consolidated with 05-cv-02653-WYD-MJW)

NIDAL A. AYYAD, et al.,

Plaintiff,

v.

MICHAEL MUKASEY, U.S. Attorney General, et al.,

Defendants.

**MINUTE ORDER**

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Unopposed Motion to Vacate Final Pretrial Conference, DN 265, filed with the Court on April 11, 2011, is GRANTED. The Final Pretrial Conference set on May 9, 2011, at 8:30 a.m., is VACATED. Within 14 days of a ruling on the Defendants' motion for summary judgment, the parties shall move to reset the final pretrial conference.

Date: April 12, 2011