# EXHIBIT 3

*Ayyad v. Holder*

**Civil Action No. 05-cv-02342-WYD-MJW**

```
   FLMFB   535.03 *            INMATE PROFILE              *    04-27-2003
   PAGE 001 OF 001                                                07:33:07
              28064-054           REG
   REGNO: 28064-054              FUNCTION: PRT DOB/AGE.: 11-17-1959 / 43
   NAME.: ABOUHALIMA, MAHMUD                R/S/ETH.: W/M/O
   RSP..: FLM-FLORENCE ADMAX USP            MILEAGE.: 1693 MILES
   PHONE: 719-784-9464    FTS: 700-739-6800
    PROJ REL METHOD: GOOD CONDUCT TIME RELEASE   FBI NO..: 83212TA0
    PROJ REL DATE..: 09-02-2087                  INS NO..: 90568993
    PAR ELIG DATE..: N/A                         SSN.....: 107702543
    PAR HEAR DATE..:                             DETAINER: YES    CMC..: YES
   OFFN/CHG RMKS: CONPR DMG BLD BY EXPL DEV,EXP DIST OF PROP/GOV,INTST TRANS EXP
   OFFN/CHG RMKS: DIST MTR VEH, ASST FED OFF,USE DEST DEV CR VIO-108Y4M/5Y SRT
        FACL CATEGORY    - - - -    CURRENT ASSIGNMENT - - - - -   EFF DATE  TIME
        FLM  ADM-REL     A-DES      DESIGNATED, AT ASSIGNED FACIL  03-25-2003 1643
        FLM  COR COUNSL  H1         COUNSELOR,                     03-27-2003 0957
        FLM  CASE MGT    CF REMOVAL COMMON FARE PROGRAM REMOVAL    02-14-1999 2118
        FLM  CASE MGT    CFSR       CERT FOOD SINCERITY REMOVAL    04-01-2003 0925
        FLM  CASE MGT    PROG RPT   NEXT PROGRESS REPORT DUE DATE  03-19-2006 1015
        FLM  CASE MGT    RPP NEEDS  RELEASE PREP PGM NEEDS         08-27-1996 1748
        FLM  CASE MGT    V94 CVB913 V94 CURR VIOL BEFORE 91394     05-28-1996 1207
        FLM  CORR SVCS   RAN NEG    RANDOM DRG TST-NEGATIVE        10-21-2002 0830
        FLM  CASEWORKER  E1         CASEWORKER DERR 6727           04-25-2003 1200
        FLM  CUSTODY     MAX        MAXIMUM CUSTODY                06-09-1994 0927
        FLM  DRUG PGMS   DRG I NONE NO DRUG INTERVIEW REQUIRED     06-21-1994 1920
        FLM  EDUCATION   WW II HIST WWII:A MILITARY & SOCIAL HIST  04-17-2003 0001
        FLM  EDUC INFO   ESL HAS    ENGLISH PROFICIENT             06-24-1994 0947
        FLM  EDUC INFO   GED HAS    COMPLETED GED OR HS DIPLOMA    07-11-1994 1425
        FLM  FIN RESP    NO OBLG    FINANC RESP-NO OBLIGATION      08-16-2001 1210
        FLM  LEVEL       HIGH       SECURITY CLASSIFICATION HIGH   05-25-1994 0933
        FLM  MED DY ST   HGT RESTR  NO LADDERS/NO UPPER BUNK       03-09-1999 1535
        FLM  MED DY ST   REG DUTY W REGULAR DUTY W/MED RESTRICTION 06-04-1998 1018
        FLM  MED DY ST   STAND RSTR NO PROLONGED STANDING          06-04-1998 1020
        FLM  MED DY ST   WGT 25 LB  WEIGHT-NO LIFTING OVER 25 LBS  03-02-1998 1223
        FLM  MED DY ST   YES F/S    CLEARED FOR FOOD SERVICE       05-07-1998 0910
        FLM  PGM REVIEW  OCT        OCTOBER PROGRAM REVIEW         10-07-2003 0618
        FLM  PSYCH TRMT  CDE FAIL E CODE FAIL-EXPELLED             10-16-2001 1257
        FLM  QUARTERS    E02-207L   HOUSE E/RANGE 02/BED 207L      04-23-2003 0806
        FLM  RELIGION    MUSLIM     MUSLIM                         03-30-1993 1827

        FLM  STATUS      H-TYPE     H-UNIT TYPE INMATES            04-11-2003 1416
        FLM  STATUS      MAILMON    MAIL MONITORING                03-27-2003 1313
        FLM  UNIT        H          H UNIT MGR, M. COLLINS         03-25-2003 1643
        FLM  WRK DETAIL  UNASSGN    UNASSIGNED                     03-25-2003 1643


   G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**USAB014741**