# EXHIBIT 13

## *Ayyad v. Holder*

## Civil Action No. 05-cv-02342-WYD-MJW