IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02342-WYD-MJW
(Consolidated with 05-cv-02653)

NIDAL A. AYYAD,

    Plaintiff,

v.

ERIC H. HOLDER, JR., Attorney General of the United States;
HARLEY LAPPIN, Director of the Federal Bureau of Prisons;
MICHAEL NALLEY, Regional Director, North Central Region;
RON WILEY, Warden, United States Penitentiary-Administrative Maximum; and
JOHN DOES 1 THROUGH 5, sued in their official capacities,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendants' Motion to Stay the Filing of a Reply Brief Pending the Court's Determination of Subject Matter Jurisdiction (ECF No. 308 filed June 8, 2012) is **GRANTED IN PART AND DENIED IN PART**.  Specifically, the motion is granted to the extent that Defendants seek a stay of the filing of the reply brief in support of the motion for summary judgment as to Plaintiff Ayyad until the newly arisen jurisdictional issues as to Ayyad in Defendant's motion to dismiss (ECF No. 307) are resolved, but denied as to Defendants' request to stay the filing of the reply brief in support of the motion for summary judgment as to Plaintiff Abouhalima.  Defendants' alternative request for an extension of time to file the reply brief in support of the motion for summary judgment as to Plaintiff Abouhalima is granted.  The reply brief shall be filed by **Thursday, September 13, 2012**.

    Dated:  June 15, 2012