IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02342-WYD-MJW
    (as consolidated with Civil Action No. 05-cv-02653-WYD-MJW)

NIDAL A. AYYAD, et al.

    Plaintiff,

v.

ERIC H. HOLDER, JR., Attorney General of the United States, et al,

    Defendants.

---

**ORDER GRANTING JOINT MOTION
TO VACATE FINAL PRETRIAL CONFERENCE**
( Docket No 339 )

---

    THIS MATTER, coming before the Court on the Joint Motion to Vacate Final Pretrial Conference, and the Court being fully advised in the premises,

    IT IS HEREBY ORDERED that the motion is GRANTED. The Final Pretrial Conference scheduled for August 12, 2013, at 10:30 a.m. is hereby vacated, as is the August 5, 2013 deadline for filing a proposed Final Pretrial Order. The parties shall file a Joint Status Report to request a Final Pretrial Conference within fourteen (14) days of ~~the Court's~~ Judge Daniels' Orders on Defendants' Motion for Summary Judgment [Doc. 259] and Defendants' Motion to Dismiss Ayyad's Claims as Moot [Doc. 307], whichever Order is issued later, if the rulings on those motions do not dispose of the case in full.

    DATED this 16th day of July, 2013.

BY THE COURT:

_/s/ Michael J. Watanabe_

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO