IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02342-WYD-MJW
(Consolidated with 05-cv-02653)

NIDAL A. AYYAD and
MAHMUD ABOUHALIMA,

      Plaintiffs,

v.

ERIC H. HOLDER, JR., Attorney General of the United States;
CHARLES E. SAMUELS, Director of the Federal Bureau of Prisons;
PAUL M. LAIRD, Regional Director, North Central Region;
DAVID BERKEBILE, Warden, United States Penitentiary-Administrative Maximum; and
JOHN DOES 1 THROUGH 5, sued in their official capacities,

      Defendants.

---

**ORDER**

---

      This matter is before the Court on a review of the file.  I note that by Minute Order of June 15, 2012 (ECF No. 310), I stayed the filing of a reply brief as to the portion of Defendants' Motion for Summary Judgment directed at Plaintiff Nidal Ayyad pending resolution of the jurisdictional issues raised in Defendants' Motion to Dismiss Ayyad's Claims as Moot.  Since then, jurisdictional discovery has occurred and the parties have supplemented the briefing on the motion to dismiss.  Thus, the motion to dismiss is fully briefed.  However, a reply has not yet been filed as to Ayyad in connection with the motion for summary judgment.

Plaintiff Nidal Ayyad's Second Supplemental Response to Defendants' Motion to Dismiss asserts that Defendants' reliance on disputed material facts from the jurisdictional discovery requires that the motion to dismiss be converted into a motion for summary judgment. Ayyad also argues that the Court should deny Defendants' motion to dismiss and merge the substantive question of whether his due process claim for his original transfer to the ADS is moot with its ultimate decision on the pending summary judgment motion. If this is done, I note that the reply brief would need to be filed as to the summary judgment motion before I could address whether summary judgment is appropriate as to Ayyad's claims. I find that briefing by the Defendants on these issues is necessary. Accordingly, it is

ORDERED that Defendants shall file a substantive response to the above issues raised by Plaintiff Ayyad's Second Supplemental Response to Defendants' Motion to Dismiss on or before **Monday, October 7, 2013**.

Dated: September 25, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge