IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   05-cv-02342-WYD-MJW
          (consolidated with Civil Action No. 05-cv-02653-WYD-MJW)

NIDAL A. AYYAD and
MAHMUD ABOUHALIMA,

      Plaintiffs,

v.

ERIC H. HOLDER, JR., Attorney General of the United States,
CHARLES E. SAMUELS, JR., Director of the Federal Bureau of Prisons,
PAUL M. LAIRD, Regional Director, North Central Region,
DAVID BERKBILE, Warden, United States Penitentiary - Administrative Maximum, and
JOHN DOES 1 THROUGH 5, sued in their official capacities,

      Defendants.

## ORDER

      The Court, having reviewed the Unopposed Motion for Order to Restrict Access to Certain Limited Information in Plaintiff Nidal Ayyad's Supplemental Response to Defendants' Motion to Dismiss, and sufficient cause appearing, hereby

      ORDERS that the Unopposed Motion for Order to Restrict Access to Certain Limited Information in Plaintiff Nidal Ayyad's Supplemental Response to Defendants' Motion to Dismiss s [Docs. 344 to 344-13] filed September 3, 2013 (ECF No. 353) is GRANTED.  In accordance therewith, it is

      ORDERED that Exhibit 11 [ECF Nos. 344-12 and 344-13] shall remain subject to a Level 1 restriction on access.  It is

FURTHER ORDERED that Defendants' redacted version of Exhibit 6 is accepted for filing and that exhibit shall be substituted for ECF No. 344-6, which is currently subject to a Level 1 restriction. It is

FURTHER ORDERED that Defendants' redacted version of Exhibit 7 is accepted for filing and that exhibit shall be substituted for ECF Nos. 344-7 and 344-8, which are currently subject to a Level 1 restriction. It is

FURTHER ORDERED that all restrictions on access to the following documents shall be removed:

- Plaintiff's supplemental response [ECF No. 344]
- Exhibit 1 [ECF No. 344-1]
- Exhibit 2 [ECF No. 344-2]
- Exhibit 3 [ECF No. 344-3]
- Exhibit 4 [ECF. No. 344-4]
- Exhibit 5 [ECF No. 344-5]
- Exhibit 8 [ECF No. 344-9]
- Exhibit 9 [ECF No. 344-10]
- Exhibit 10 [ECF No. 344-11]

Dated: September 25, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE