IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02342-WYD-MJW
(Consolidated with 05-cv-02653)

NIDAL A. AYYAD and
MAHMUD ABOUHALIMA,

      Plaintiffs,

v.

ERIC H. HOLDER, JR., Attorney General of the United States;
CHARLES E. SAMUELS, Director of the Federal Bureau of Prisons;
PAUL M. LAIRD, Regional Director, North Central Region;
DAVID BERKEBILE, Warden, United States Penitentiary-Administrative Maximum; and
JOHN DOES 1 THROUGH 5, sued in their official capacities,

      Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      Plaintiff Abouhalima's Unopposed Motion to File Supplemental Response to Defendants' Motion for Summary Judgment filed October 24, 2013 (ECF No. 360) is **GRANTED**.

      Dated:  October 25, 2013