IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02342-WYD-MJW
         (Consolidated with 05-cv-02653)

NIDAL A. AYYAD and
MAHMUD ABOUHALIMA,

    Plaintiffs,

v.

ERIC H. HOLDER, JR., Attorney General of the United States;
CHARLES E. SAMUELS, Director of the Federal Bureau of Prisons;
PAUL M. LAIRD, Regional Director, North Central Region;
DAVID BERKEBILE, Warden, United States Penitentiary-Administrative Maximum; and
JOHN DOES 1 THROUGH 5, sued in their official capacities,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    The named Government Defendants' Unopposed Motion for Leave to File a Supplemental Reply in Support of Defendants' Motion for Summary Judgment (ECF No. 364) filed October 29, 2013, is **GRANTED**.  Defendants may file a supplemental reply in support of the motion for summary judgment, not to exceed ten (10) pages in length, not later than **Monday, November 25, 2013.**

    Dated:  October 29, 2013.