IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   05-cv-02342-WYD-MJW
(Consolidated with 05-cv-02653)

NIDAL A. AYYAD and
MAHMUD ABOUHALIMA,

Plaintiffs,

v.

ERIC H. HOLDER, JR., Attorney General of the United States;
CHARLES E. SAMUELS, Director of the Federal Bureau of Prisons;
PAUL M. LAIRD, Regional Director, North Central Region;
DAVID BERKEBILE, Warden, United States Penitentiary-Administrative Maximum; and
JOHN DOES 1 THROUGH 5, sued in their official capacities,

Defendants.

---

**ORDER**

---

The Court, having reviewed the Unopposed Motion for Order to Restrict Access

to Certain Limited information in Plaintiff Abouhalima's Supplemental Response to

Defendants' Motion for Summary Judgment, and sufficient cause appearing,

ORDERS that Defendants' Unopposed Motion for Order to Restrict Access to

Certain Limited Information in Plaintiff Abouhalima's Supplemental Response to

Defendants' Motion for Summary Judgment [ECF No. 367], filed November 7, 2013, is

**GRANTED.**  Consistent therewith, it is

ORDERED that all restrictions on access to ECF Nos. 361, 361-2, 361-3, 361-6

and 361-7 shall be removed.  It is

FURTHER ORDERED that a Level 1 restriction on access shall remain for ECF

Nos. 361-1, 361-4 and 361-5.  Redacted versions of those docket entries are accepted

for filing.  It is

FURTHER ORDERED that ECF No. 366, the unredacted declaration of Eric C.

Jergenson, shall remain subject to a Level 1 restriction on access.  A redacted version

of that docket entry is accepted for filing.

Dated:  November 18, 2013.

BY THE COURT:


/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE