IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02342-WYD-MJW
(Consolidated with 05-cv-02653)

NIDAL A. AYYAD,

    Plaintiff,

v.

ERIC H. HOLDER, JR., Attorney General of the United States;
HARLEY LAPPIN, Director of the Federal Bureau of Prisons;
MICHAEL NALLEY, Regional Director, North Central Region;
RON WILEY, Warden, United States Penitentiary-Administrative Maximum; and
JOHN DOES 1 THROUGH 5, sued in their official capacities,

    Defendants.

## ORDER

THIS MATTER is before the Court on Defendants' Unopposed Motion for Order to Restrict Access to Certain Limited Information in the Notification of Extension of Special Administrative Measures for Plaintiff Abouhalima [Doc. 389-1, Doc. 390] filed September 11, 2014.  Defendants indicate that the motion is unopposed.  The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that Defendants' Unopposed Motion for Order to Restrict Access to Certain Limited Information in the Notification of Extension of Special Administrative Measures for Plaintiff Abouhalima [Doc. 389-1, Doc. 390] (ECF No. 394) is **GRANTED**.  It is

FURTHER ORDERED that the redactions in Docket Entry No. 389-1 are accepted. Docket Entry 390 shall remain subject to a Level 1 restriction on access.

Dated: September 15, 2014.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE