**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: September 4, 2014 |
| E.C.R./Reporter: Mary George | |

Civil Action No: **05-cv-02342-WYD-MJW**

Counsel:

**NIDAL A. AYYAD and
MAHMUD ABOUHALIMA**,

Edward T. Ramey
Laura L. Rovner
Rajasimha Raghunath

    Plaintiffs,

v.

**ERIC H. HOLDER, JR., Attorney General
of the United States;
CHARLES E. SAMUELS, Director of the
Federal Bureau of Prisons;
PAUL M. LAIRD, Regional Director, North
Central Region;
DAVID BERKEBILE, Warden, United
States Penitentiary-Administrative
Maximum; and
JOHN DOES 1 THROUGH 5, sued in their
official capacities**,

Susan B. Prose

    Defendants.

**COURTROOM MINUTES**

**MOTION HEARING**

**1:33 p.m.**    Court in Session

    APPEARANCES OF COUNSEL.

    Court's opening remarks.

                Defendants' Motion for Summary Judgment [ECF Doc. No. 259], filed March 25, 2011; Defendants' Supplemental Pleading in Support of Motion to Dismiss [ECF Doc. No. 345], filed August 12, 2013, which is treated as a motion to reconsider ruling denying Defendants' Motion to Dismiss Ayyad's Claims as moot as to Ayyad's due process transfer claim; and Defendants' Response to Order Regarding Jurisdictional Issues [ECF Doc. No. 359], filed October 15, 2013, which is treated by the Court as a motion to reconsider ruling denying Defendants' Motion to Dismiss Ayyad's Claims as moot as to Ayyad's due process transfer claim are raised for argument.

| | |
|---|---|
| 1:35 p.m. | Argument by Plaintiffs (Mr. Ramey). |
| 1:39 p.m. | Argument by Defendants (Ms. Prose). |
| 1:42 p.m. | Argument by Plaintiffs (Mr. Ramey). |
| 1:43 p.m. | Argument by Plaintiffs (Ms. Rovner). |
| 1:49 p.m. | Argument by Defendants (Ms. Prose). |
| 1:58 p.m. | Argument by Plaintiffs (Mr. Ramey). |
| 2:11 p.m. | Argument by Plaintiffs (Ms. Rovner). |
| 2:26 p.m. | Argument by Defendants (Ms. Prose). |
| 2:32 p.m. | Argument by Plaintiffs (Ms. Rovner). |
| 2:36 p.m. | Argument by Defendants (Ms. Prose). |
| **3:21 p.m.** | Court in Recess |
| **3:36 p.m.** | Court in Session |
| 3:36 p.m. | Argument by Plaintiffs (Ms. Rovner). |
| 4:13 p.m. | Argument by Defendants (Ms. Prose). |
| 4:34 p.m. | Argument by Plaintiffs (Ms. Rovner). |

**ORDERED:** Defendants' Motion for Summary Judgment [ECF Doc. No. 259], filed March 25, 2011, is **TAKEN UNDER ADVISEMENT.**

**ORDERED:**   Defendants' Supplemental Pleading in Support of Motion to Dismiss [ECF Doc. No. 345], filed August 12, 2013, which is treated by the Court as a motion to reconsider ruling denying Defendants' Motion to Dismiss Ayyad's Claims as moot as to Ayyad's due process transfer claim is **TAKEN UNDER ADVISEMENT.**

**ORDERED:**   Defendants' Response to Order Regarding Jurisdictional Issues [ECF Doc. No. 359], filed October 15, 2013, which is treated by the Court as a motion to reconsider ruling denying Defendants' Motion to Dismiss Ayyad's Claims as moot as to Ayyad's due process transfer claim, is **TAKEN UNDER ADVISEMENT.**

Court indicates a written order shall follow.

**4:35 p.m.**   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   2:47**